**IN THE UNITED STATES BANKRUTPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: ) | |
| CORINNE SANFORD, ) | CASE NO.: 24-14270-pmm |
| ) | CHAPTER 13 |
| DEBTOR. ) | JUDGE PATRICIA M. MAYER |
| ) | |
| U.S. BANK TRUST NATIONAL ) | |
| ASSOCIATION, NOT IN ITS ) | |
| INDIVIDUAL CAPACITY, BUT ) | |
| SOLELY AS TRUSTEE OF LSRMF ) | |
| MH MASTER PARTICIPATION ) | |
| TRUST II ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| V. ) | |
| ) | |
| CORINNE SANFORD, DEBTOR ) | |
| AND KENNETH E. WEST, TRUSTEE. ) | |
| ) | |
| RESPONDENTS. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II and requests that they be noticed on all pleadings, documents and hearings that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

> Padgett Law Group
> 6267 Old Water Oak Road, Suite 203
> Tallahassee, FL 32312

**DATED** this 11TH day of December 2024.   Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Attorney for Movant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 11th day of December 2024:

*<u>VIA U.S. MAIL</u>*

<u>DEBTOR</u>
CORINNE SANFORD
1204 W SUSQUEHANNA AVE
PHILADELPHIA, PA 19122

*<u>VIA ELECTRONIC NOTICE</u>*

<u>ATTORNEY</u>
MICHAEL A. CIBIK
CIBIK LAW, P.C.
1500 WALNUT STREET
SUITE 900
PHILADELPHIA, PA 19102
HELP@CIBIKLAW.COM

<u>TRUSTEE</u>
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106
ECFEMAILS@PH13TRUSTEE.COM

<u>U.S. TRUSTEE</u>
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*