UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Corinne Sanford,

|  |  |  |
|---|---|---|
|  | : | Chapter 13 |
|  | : |  |
| Debtor. | : | Bky. No.  24-14270 (PMM) |

## O R D E R

AND NOW, upon consideration of the Debtor's Motion for an Additional Extension of Time (Doc. no. 10, "the Motion"), it is hereby ORDERED that:

1. Subject to Paragraphs 3-4 below, the Motion is GRANTED and the deadline for filing the statements, schedules and other documents required by the rules of court is EXTENDED to January 10, 2025.

2. NO FURTHER EXTENSIONS WILL BE GRANTED.  If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.

3. This extension of time is CONDITIONED on the WAIVER of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), PROVIDED that the proof of claim is filed  on or before March 5, 2025.

4. Within three (3) business days of the docketing and service of the notice of meeting of creditors, DEBTOR'S COUNSEL SHALL SERVE THIS ORDER on all creditors and parties in interest and shall promptly thereafter file a certification of service.

*Patricia M. Mayer*

Date:  12/27/24

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge