# Detail Payroll Register C. Sanford
## Rush Street Gaming, LLC, Rive.

Select: Company is "100 - Sugarhouse HSP Gaming, LP" and Employee(s) is ▮▮▮▮▮

Page 2
Dec 11, 2024    10:39 AM

Pay Period Range: 202406011 - 202412129

| EMPLOYEE | | EARNINGS | | | | | | | DEDUCTIONS | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Number | Code | Pcs | Hours | Payrate | Current Amt | Loc Alloc | Shift | Shift Amt | Code | Amount | Code | Amount | Uncollected |
| Sanford, Corinne | 126360 | PerControl | | | Pay Date | | | | Period End Date | Job Code | | | | |
| | | Pay No: 1 | 202408291 | | 8/29/2024 | 8/29/2024 | | | 8/22/2024 | 11049 | | Continued from Previous Page | | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | | | | PASUIEE | 0.53 | |
| | | REGH | | 8.016667 | 19.00 | 152.32 | Z | | | | | USMEDEE | 11.04 | |
| | | REGH | | 7.983333 | 19.00 | 151.68 | Z | | | | | USSOCEE | 47.18 | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | | | | | | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | | | | | | |
| | | | | 40.033333 | | 760.95 | | | | | | | 110.65 | |
| Check Printed: 144036030 | | | | | Check Amount: | 0.00 | | | Direct Deposit: | 650.30 | | Net: | 650.30 | |
| Sanford, Corinne | 126360 | PerControl | | | Pay Date | | | | Period End Date | Job Code | | | | |
| | | Pay No: 1 | 202408011 | | 8/1/2024 | 8/1/2024 | | | 7/25/2024 | 11049 | | | | |
| | | OTPT | | 0.033333* | 19.00 | 0.32 | Z | | | | | PA100018 | 28.54 | |
| | | OTST | | 0.033333 | 19.00 | 0.63 | Z | | | | | PASIT | 23.36 | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | | | | PASUIEE | 0.53 | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | | | | USMEDEE | 11.03 | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | | | | USSOCEE | 47.18 | |
| | | REGH | | 8.033333 | 19.00 | 152.63 | Z | | | | | | | |
| | | REGH | | 7.966667 | 19.00 | 151.37 | Z | | | | | | | |
| | | | | 40.033333 | | 760.95 | | | | | | | 110.64 | |
| Check Printed: 139368302 | | | | | Check Amount: | 0.00 | | | Direct Deposit: | 650.31 | | Net: | 650.31 | |
| Sanford, Corinne | 126360 | PerControl | | | Pay Date | | | | Period End Date | Job Code | | | | |
| | | Pay No: 1 | 202411071 | | 11/7/2024 | 11/7/2024 | | | 10/31/2024 | 11049 | | | | |
| | | OTPT | | 0.133333* | 19.00 | 1.27 | Z | | | ACRT2 | 4.10 | PA100018 | 28.64 | |
| | | OTST | | 0.133333 | 19.00 | 2.53 | Z | | | DEN1 | 4.57 | PASIT | 21.38 | |
| | | REGH | | 7.850000 | 19.00 | 149.15 | Z | | | FSAMD | 5.00 | PASUIEE | 0.53 | |
| | | REGH | | 8.033333 | 19.00 | 152.63 | Z | | | MED1 | 56.82 | USMEDEE | 10.10 | |
| | | REGH | | 8.033333 | 19.00 | 152.63 | Z | | | VIS1 | 0.85 | USSOCEE | 43.18 | |
| | | REGH | | 8.083333 | 19.00 | 153.58 | Z | | | | | | | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | | | | | | |
| | | | | 40.133332 | | 763.79 | | | | | 71.34 | | 103.83 | |
| Check Printed: 155600934 | | | | | Check Amount: | 0.00 | | | Direct Deposit: | 588.62 | | Net: | 588.62 | |
| Sanford, Corinne | 126360 | PerControl | | | Pay Date | | | | Period End Date | Job Code | | | | |
| | | Pay No: 2 | 202410101 | | 10/10/2024 | 10/10/2024 | | | 10/3/2024 | 11049 | | | | |
| | | GIFTS | | * | | 100.00 | Z | | GIFTS | 100.00 | PA100018 | 5.91 | | |
| | | GUSUP | | | | 57.58 | Z | | | | PASIT | 4.84 | | |

**Detail Payroll Register C. Sanford**  Page 3
**Rush Street Gaming, LLC, Rive.**  Dec 11, 2024   10:39 AM

Select: Company is "100 - Sugarhouse HSP Gaming, LP" and Employee(s) is ▓▓▓▓▓▓

Pay Period Range: 202406011 - 202412129

| EMPLOYEE | | | EARNINGS | | | | | | DEDUCTIONS | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Number | Code | Pcs | Hours | Payrate | Current Amt | Loc Alloc | Shift | Shift Amt | Code | Amount | Code | Amount | Uncollected |
| | | | | PerControl | Pay Date | | | | Period End Date | Job Code | | | |
| Sanford, Corinne | 126360 | Pay No: 2 | | 202410101 | 10/10/2024 | 10/10/2024 | | | 10/3/2024 | 11049 | | *Continued from Previous Page* | |
| | | | | | | | | | | | | PASUIEE | 0.11 |
| | | | | | | | | | | | | USFIT | 34.67 |
| | | | | | | | | | | | | USMEDEE | 2.28 |
| | | | | | | | | | | | | USSOCEE | 9.77 |
| | | | | | 0.000000 | | 157.58 | | | | 100.00 | | 57.58 |

Check Printed: 150512671    Check Amount: 0.00    Direct Deposit: 0.00    Net: 0.00

| | | | | PerControl | Pay Date | | | | Period End Date | Job Code | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanford, Corinne | 126360 | Pay No: 1 | | 202408081 | 8/8/2024 | 8/8/2024 | | | 8/1/2024 | 11049 | | | |
| | | | OTPT | 0.016667* | 19.00 | 0.16 | Z | | | | | PA100018 | 28.52 |
| | | | OTST | 0.016667 | 19.00 | 0.32 | Z | | | | | PASIT | 23.35 |
| | | | REGH | 8.016667 | 19.00 | 152.32 | Z | | | | | PASUIEE | 0.53 |
| | | | REGH | 7.983333 | 19.00 | 151.68 | Z | | | | | USMEDEE | 11.03 |
| | | | REGH | 8.000000 | 19.00 | 152.00 | Z | | | | | USSOCEE | 47.15 |
| | | | REGH | 8.000000 | 19.00 | 152.00 | Z | | | | | | |
| | | | REGH | 8.000000 | 19.00 | 152.00 | Z | | | | | | |
| | | | | 40.016667 | | 760.48 | | | | | | | 110.58 |

Check Printed: 140589478    Check Amount: 0.00    Direct Deposit: 649.90    Net: 649.90

| | | | | PerControl | Pay Date | | | | Period End Date | Job Code | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanford, Corinne | 126360 | Pay No: 1 | | 202408151 | 8/15/2024 | 8/15/2024 | | | 8/8/2024 | 11049 | | | |
| | | | REGH | 8.000000 | 19.00 | 152.00 | Z | | | | | PA100018 | 28.50 |
| | | | REGH | 8.000000 | 19.00 | 152.00 | Z | | | | | PASIT | 23.33 |
| | | | REGH | 8.000000 | 19.00 | 152.00 | Z | | | | | PASUIEE | 0.53 |
| | | | REGH | 8.000000 | 19.00 | 152.00 | Z | | | | | USMEDEE | 11.02 |
| | | | REGH | 8.000000 | 19.00 | 152.00 | Z | | | | | USSOCEE | 47.12 |
| | | | | 40.000000 | | 760.00 | | | | | | | 110.50 |

Check Printed: 141663645    Check Amount: 0.00    Direct Deposit: 649.50    Net: 649.50

| | | | | PerControl | Pay Date | | | | Period End Date | Job Code | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanford, Corinne | 126360 | Pay No: 1 | | 202412051 | 12/5/2024 | 12/5/2024 | | | 11/28/2024 | 11049 | | | |
| | | | REGH | 8.050000 | 19.00 | 152.95 | Z | | | ACRT2 | 3.40 | PA100018 | 28.60 |
| | | | REGH | 8.000000 | 19.00 | 152.00 | Z | | | DEN1 | 1.33 | PASIT | 22.28 |
| | | | REGH | 8.016667 | 19.00 | 152.32 | Z | | | FSAMD | 5.00 | PASUIEE | 0.53 |
| | | | REGH | 8.050000 | 19.00 | 152.95 | Z | | | MED1 | 29.93 | USMEDEE | 10.52 |
| | | | REGH | 7.016667 | 19.00 | 133.32 | Z | | | VIS1 | 0.66 | USSOCEE | 44.99 |

# Detail Payroll Register C. Sanford
## Rush Street Gaming, LLC, Rive.

Select: Company is "100 - Sugarhouse HSP Gaming, LP" and Employee(s) is ▉

Page 4
Dec 11, 2024   10:39 AM

Pay Period Range: 202406011 - 202412129

| Employee Name | Number | Code | Pcs | Hours | Payrate | Current Amt | Loc | Alloc | Shift | Shift Amt | Code | Amount | Code | Amount | Uncollected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanford, Corinne | 126360 | PerControl Pay No: 1 202412051 | | | Pay Date 12/5/2024 | 12/5/2024 | | | | | Period End Date 11/28/2024 | Job Code 11049 | Continued from Previous Page | | |
| | | UPTO | | 1.000000 | 19.00 | 19.00 | | | Z | | | | | | |
| | | | | 40.133334 | | 762.54 | | | | | | 40.32 | | 106.92 | |

Check Printed: 160815315   Check Amount: 0.00   Direct Deposit: 615.30   Net: 615.30

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanford, Corinne | 126360 | PerControl Pay No: 1 202411211 | | | Pay Date 11/21/2024 | 11/21/2024 | | | | | Period End Date 11/14/2024 | Job Code 11049 | | | |
| | | OTPT | | 5.166667* | 19.00 | 49.08 | | | Z | | ACRT2 | 3.40 | PA100018 | 36.16 | |
| | | OTST | | 5.166667 | 19.00 | 98.17 | | | Z | | DEN1 | 1.33 | PASIT | 28.47 | |
| | | PTO | | 2.000000 | | 38.00 | | | Z | | FSAMD | 5.00 | PASUIEE | 0.67 | |
| | | PTO | | 1.000000 | | 19.00 | | | Z | | MED1 | 29.93 | USFIT | 6.30 | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | | | Z | | VIS1 | 0.66 | USMEDEE | 13.45 | |
| | | REGH | | 2.916667 | 19.00 | 55.42 | | | Z | | | | USSOCEE | 57.50 | |
| | | REGH | | 6.000000 | 19.00 | 114.00 | | | Z | | | | | | |
| | | REGH | | 8.016667 | 19.00 | 152.32 | | | Z | | | | | | |
| | | REGH | | 7.000000 | 19.00 | 133.00 | | | Z | | | | | | |
| | | REGH | | 8.066667 | 19.00 | 153.27 | | | Z | | | | | | |
| | | | | 48.166668 | | 964.26 | | | | | | 40.32 | | 142.55 | |

Check Printed: 158566039   Check Amount: 0.00   Direct Deposit: 781.39   Net: 781.39

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanford, Corinne | 126360 | PerControl Pay No: 1 202409261 | | | Pay Date 9/26/2024 | 9/26/2024 | | | | | Period End Date 9/19/2024 | Job Code 11049 | | | |
| | | OTPT | | 0.033333* | 19.00 | 0.32 | | | Z | | ACRT2 | 4.10 | PA100018 | 28.54 | |
| | | OTST | | 0.033333 | 19.00 | 0.63 | | | Z | | DEN1 | 4.57 | PASIT | 21.30 | |
| | | REGH | | 8.016667 | 19.00 | 152.32 | | | Z | | FSAMD | 5.00 | PASUIEE | 0.53 | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | | | Z | | MED1 | 56.82 | USMEDEE | 10.06 | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | | | Z | | VIS1 | 0.85 | USSOCEE | 43.01 | |
| | | REGH | | 7.983333 | 19.00 | 151.68 | | | Z | | | | | | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | | | Z | | | | | | |
| | | | | 40.033333 | | 760.95 | | | | | | 71.34 | | 103.44 | |

Check Printed: 148333546   Check Amount: 0.00   Direct Deposit: 586.17   Net: 586.17

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sanford, Corinne | 126360 | PerControl Pay No: 1 202409191 | | | Pay Date 9/19/2024 | 9/19/2024 | | | | | Period End Date 9/12/2024 | Job Code 11049 | | | |
| | | OTPT | | 0.116667* | 19.00 | 1.11 | | | Z | | ACRT2 | 4.10 | PA100018 | 28.63 | |
| | | OTST | | 0.116667 | 19.00 | 2.22 | | | Z | | DEN1 | 4.57 | PASIT | 21.37 | |
| | | REGH | | 8.016667 | 19.00 | 152.32 | | | Z | | FSAMD | 5.00 | PASUIEE | 0.53 | |

**Detail Payroll Register C. Sanford**  
**Rush Street Gaming, LLC, Rive.**  
Select: Company is "100 - Sugarhouse HSP Gaming, LP" and Employee(s) is ▮▮▮▮0

Page 7  
Dec 11, 2024    10:39 AM

Pay Period Range: 202406011 - 202412129

| EMPLOYEE | | EARNINGS | | | | | | DEDUCTIONS | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Number | Code | Pcs | Hours | Payrate | Current Amt | Loc Alloc Shift | Shift Amt | Code | Amount | Code | Amount | Uncollected |
| Sanford, Corinne | 126360 | Pay No: 1 | PerControl 202407031 | | Pay Date 7/3/2024 | 7/3/2024 | | Period End Date 6/27/2024 | Job Code 11049 | | Continued from Previous Page | |
| | | | | 36.183333 | | 687.48 | | | | | | 99.96 |
| Check Printed: 130725754 | | | | | Check Amount: | 0.00 | | Direct Deposit: | 587.52 | | Net: | 587.52 |
| Sanford, Corinne | 126360 | Pay No: 1 | PerControl 202406201 | | Pay Date 6/20/2024 | 6/20/2024 | | Period End Date 6/13/2024 | Job Code 11049 | | | |
| | | BONMG | | * | | 500.00 | Z | | | | PA100018 | 29.79 |
| | | MEET | | 7.500000 | 19.00 | 142.50 | Z | | | | PASIT | 24.39 |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | | | PASUIEE | 0.56 |
| | | | | | | | | | | | USFIT | 110.00 |
| | | | | | | | | | | | USMEDEE | 11.52 |
| | | | | | | | | | | | USSOCEE | 49.26 |
| | | | | 15.500000 | | 794.50 | | | | | | 225.52 |
| Check Printed: 72667270 | | | | | Check Amount: | 568.98 | | Direct Deposit: | 0.00 | | Net: | 568.98 |
| Sanford, Corinne | 126360 | Pay No: 1 | PerControl 202406271 | | Pay Date 6/27/2024 | 6/27/2024 | | Period End Date 6/20/2024 | Job Code 11049 | | | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | | | PA100018 | 17.28 |
| | | REGH | | 8.016667 | 19.00 | 152.32 | Z | | | | PASIT | 14.14 |
| | | REGH | | 8.233333 | 19.00 | 156.43 | Z | | | | PASUIEE | 0.32 |
| | | | | | | | | | | | USMEDEE | 6.68 |
| | | | | | | | | | | | USSOCEE | 28.57 |
| | | | | 24.250000 | | 460.75 | | | | | | 66.99 |
| Check Printed: 125551871 | | | | | Check Amount: | 0.00 | | Direct Deposit: | 393.76 | | Net: | 393.76 |
| Sanford, Corinne | 126360 | Pay No: 1 | PerControl 202410031 | | Pay Date 10/3/2024 | 10/3/2024 | | Period End Date 9/26/2024 | Job Code 11049 | | | |
| | | OTPT | | 7.166667* | 19.00 | 68.08 | Z | | ACRT2 | 4.10 | PA100018 | 36.16 |
| | | OTST | | 7.166667 | 19.00 | 136.17 | Z | | DEN1 | 4.57 | PASIT | 27.54 |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | FSAMD | 5.00 | PASUIEE | 0.67 |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | MED1 | 56.82 | USFIT | 2.66 |
| | | REGH | | 0.833333 | 19.00 | 15.83 | Z | | VIS1 | 0.85 | USMEDEE | 13.01 |
| | | REGH | | 7.133333 | 19.00 | 135.53 | Z | | | | USSOCEE | 55.62 |
| | | REGH | | 8.033333 | 19.00 | 152.63 | Z | | | | | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | | | | |

# Detail Payroll Register C. Sanford
## Rush Street Gaming, LLC, Rive.

Select: Company is "100 - Sugarhouse HSP Gaming, LP" and Employee(s) is ▇▇▇

Page 8
Dec 11, 2024    10:39 AM

Pay Period Range: 202406011 - 202412129

| EMPLOYEE | | | EARNINGS | | | | | | DEDUCTIONS | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Number | Code | Pcs | Hours | Payrate | Current Amt | Loc Alloc Shift | Shift Amt | Code | Amount | Code | Amount | Uncollected |
| Sanford, Corinne | 126360 | Pay No: 1 | PerControl 202410031 | | Pay Date 10/3/2024 | 10/3/2024 | Period End Date 9/26/2024 | Job Code 11049 | | | Continued from Previous Page | | |
| | | | | 47.166666 | | 964.24 | | | | | 71.34 | 135.66 | |
| Check Printed: 149707383 | | | | | Check Amount: | 0.00 | | Direct Deposit: | 757.24 | | Net: | 757.24 | |
| Sanford, Corinne | 126360 | Pay No: 1 | PerControl 202410311 | | Pay Date 10/31/2024 | 10/31/2024 | Period End Date 10/24/2024 | Job Code 11049 | | | | | |
| | | OTPT | | 0.150000* | 19.00 | 1.42 | Z | | | | PA100018 | 28.66 | |
| | | OTST | | 0.150000 | 19.00 | 2.85 | Z | | | | PASIT | 23.46 | |
| | | REGH | | 8.150000 | 19.00 | 154.85 | Z | | | | PASUIEE | 0.53 | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | | | USMEDEE | 11.09 | |
| | | REGH | | 7.866667 | 19.00 | 149.47 | Z | | | | USSOCEE | 47.39 | |
| | | REGH | | 7.983333 | 19.00 | 151.68 | Z | | | | | | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | | | | | |
| | | | | 40.150000 | | 764.27 | | | | | | 111.13 | |
| Check Printed: 153901325 | | | | | Check Amount: | 0.00 | | Direct Deposit: | 653.14 | | Net: | 653.14 | |
| Sanford, Corinne | 126360 | Pay No: 1 | PerControl 202411141 | | Pay Date 11/14/2024 | 11/14/2024 | Period End Date 11/7/2024 | Job Code 11049 | | | | | |
| | | OTPT | | 4.183333* | 19.00 | 39.74 | Z | | ACRT2 | 3.40 | PA100018 | 32.97 | |
| | | OTST | | 4.183333 | 19.00 | 79.48 | Z | | DEN1 | 1.33 | PASIT | 25.86 | |
| | | REGH | | 3.900000 | 19.00 | 74.10 | Z | | FSAMD | 5.00 | PASUIEE | 0.62 | |
| | | REGH | | 8.033333 | 19.00 | 152.63 | Z | | MED1 | 29.93 | USMEDEE | 12.21 | |
| | | REGH | | 8.066667 | 19.00 | 153.27 | Z | | VIS1 | 0.66 | USSOCEE | 52.22 | |
| | | REGH | | 12.000000 | 19.00 | 228.00 | Z | | | | | | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | | | | | |
| | | | | 44.183333 | | 879.22 | | | | 40.32 | | 123.88 | |
| Check Printed: 157065892 | | | | | Check Amount: | 0.00 | | Direct Deposit: | 715.02 | | Net: | 715.02 | |
| Sanford, Corinne | 126360 | Pay No: 1 | PerControl 202410101 | | Pay Date 10/10/2024 | 10/10/2024 | Period End Date 10/3/2024 | Job Code 11049 | | | | | |
| | | OTPT | | 12.116667* | 19.00 | 115.11 | Z | | ACRT2 | 4.10 | PA100018 | 43.82 | |
| | | OTPT | | 2.216667* | 19.00 | 21.06 | Z | | DEN1 | 4.57 | PASIT | 33.81 | |
| | | OTST | | 12.116667 | 19.00 | 230.22 | Z | | FSAMD | 5.00 | PASUIEE | 0.82 | |
| | | OTST | | 2.216667 | 19.00 | 42.12 | Z | | MED1 | 56.82 | USFIT | 27.17 | |
| | | REGH | | 6.100000 | 19.00 | 115.90 | Z | | VIS1 | 0.85 | USMEDEE | 15.97 | |
| | | REGH | | 5.783333 | 19.00 | 109.88 | Z | | | | USSOCEE | 68.27 | |
| | | REGH | | 8.033333 | 19.00 | 152.63 | Z | | | | | | |

# Detail Payroll Register C. Sanford
## Rush Street Gaming, LLC, Rive.

Page 9
Dec 11, 2024  10:39 AM

Select: Company is "100 - Sugarhouse HSP Gaming, LP" and Employee(s) is 

Pay Period Range: 202406011 - 202412129

| EMPLOYEE | | | EARNINGS | | | | | | DEDUCTIONS | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Number | Code | Pcs | Hours | Payrate | Current Amt | Loc Alloc Shift | Shift Amt | Code | Amount | Code | Amount | Uncollected |
| | | PerControl | | Pay Date | | | Period End Date | | Job Code | | | | |
| Sanford, Corinne | 126360 | Pay No: 1 | 202410101 | | 10/10/2024 | 10/10/2024 | 10/3/2024 | | 11049 | | Continued from Previous Page | | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | | | | | |
| | | REGH | | 12.083333 | 19.00 | 229.58 | Z | | | | | | |
| | | | | 54.333333 | | 1,168.50 | | | | | 71.34 | 189.86 | |
| Check Printed: 150512491 | | | | | Check Amount: | 0.00 | | Direct Deposit: | 907.30 | | Net: | 907.30 | |
| | | PerControl | | Pay Date | | | Period End Date | | Job Code | | | | |
| Sanford, Corinne | 126360 | Pay No: 1 | 202410171 | | 10/17/2024 | 10/17/2024 | 10/10/2024 | | 11049 | | | | |
| | | OTPT | | 4.333333* | 19.00 | 41.17 | Z | | ACRT2 | 4.10 | PA100018 | 33.13 | |
| | | OTST | | 4.333333 | 19.00 | 82.33 | Z | | DEN1 | 4.57 | PASIT | 25.06 | |
| | | REGH | | 3.666667 | 19.00 | 69.67 | Z | | FSAMD | 5.00 | PASUIEE | 0.62 | |
| | | REGH | | 8.250000 | 19.00 | 156.75 | Z | | MED1 | 56.82 | USMEDEE | 11.84 | |
| | | REGH | | 8.033333 | 19.00 | 152.63 | Z | | VIS1 | 0.85 | USSOCEE | 50.61 | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | | | | | |
| | | REGH | | 12.050000 | 19.00 | 228.95 | Z | | | | | | |
| | | | | 44.333333 | | 883.50 | | | | | 71.34 | 121.26 | |
| Check Printed: 151522195 | | | | | Check Amount: | 0.00 | | Direct Deposit: | 690.90 | | Net: | 690.90 | |
| | | PerControl | | Pay Date | | | Period End Date | | Job Code | | | | |
| Sanford, Corinne | 126360 | Pay No: 1 | 202410241 | | 10/24/2024 | 10/24/2024 | 10/17/2024 | | 11049 | | | | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | ACRT2 | 4.10 | PA100018 | 28.56 | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | DEN1 | 4.57 | PASIT | 21.32 | |
| | | REGH | | 7.000000 | 19.00 | 133.00 | Z | | FSAMD | 5.00 | PASUIEE | 0.53 | |
| | | REGH | | 8.066667 | 19.00 | 153.27 | Z | | MED1 | 56.82 | USMEDEE | 10.06 | |
| | | REGH | | 8.016667 | 19.00 | 152.32 | Z | | VIS1 | 0.85 | USSOCEE | 43.05 | |
| | | UPTO | | 1.000000 | 19.00 | 19.00 | Z | | | | | | |
| | | | | 40.083334 | | 761.59 | | | | | 71.34 | 103.52 | |
| Check Printed: 152896730 | | | | | Check Amount: | 0.00 | | Direct Deposit: | 586.73 | | Net: | 586.73 | |
| | | PerControl | | Pay Date | | | Period End Date | | Job Code | | | | |
| Sanford, Corinne | 126360 | Pay No: 1 | 202411271 | | 11/27/2024 | 11/27/2024 | 11/21/2024 | | 11049 | | | | |
| | | OTPT | | 5.166667* | 19.00 | 49.08 | Z | | ACRT2 | 3.40 | PA100018 | 34.02 | |
| | | OTST | | 5.166667 | 19.00 | 98.17 | Z | | DEN1 | 1.33 | PASIT | 26.72 | |
| | | REGH | | 8.066667 | 19.00 | 153.27 | Z | | FSAMD | 5.00 | PASUIEE | 0.64 | |
| | | REGH | | 2.833333 | 19.00 | 53.83 | Z | | MED1 | 29.93 | USMEDEE | 12.62 | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | VIS1 | 0.66 | USSOCEE | 53.96 | |
| | | REGH | | 8.000000 | 19.00 | 152.00 | Z | | | | | | |

**Detail Payroll Register C. Sanford**  Page 10
**Rush Street Gaming, LLC, Rive.**  Dec 11, 2024  10:39 AM
Select: Company is "100 - Sugarhouse HSP Gaming, LP" and Employee(s) is ▓▓▓▓

Pay Period Range: 202406011 - 202412129

| EMPLOYEE | | | EARNINGS | | | | | | DEDUCTIONS | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Number | Code | Pcs | Hours | Payrate | Current Amt | Loc Alloc | Shift | Shift Amt | Code | Amount | Code | Amount | Uncollected |
| | | PerControl | | | Pay Date | | | Period End Date | | Job Code | | | |
| Sanford, Corinne | 126360 | Pay No: 1 | 202411271 | | 11/27/2024 | 11/27/2024 | | 11/21/2024 | | 11049 | | Continued from Previous Page |
| | | REGH | | 6.016667 | 19.00 | 114.32 | | Z | | | | | |
| | | REGH | | 7.083333 | 19.00 | 134.58 | | Z | | | | | |
| | | | | 45.166667 | | 907.25 | | | | | 40.32 | | 127.96 |
| Check Printed: 159657388 | | | | | Check Amount: | 0.00 | | Direct Deposit: | 738.97 | | | Net: | 738.97 |

# Detail Payroll Register C. Sanford
## Rush Street Gaming, LLC, Rive.

Page 11
Dec 11, 2024   10:39 AM

Select: Company is "100 - Sugarhouse HSP Gaming, LP" and Employee(s) is 126360

Pay Period Range: 202406011 - 202412129

| EMPLOYEE | | EARNINGS | | | | | | DEDUCTIONS | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Number | Code | Pcs | Hours | Payrate | Current Amt | Loc Alloc Shift | Shift Amt | Code | Amount | Code | Amount | Uncollected |

**Report Totals:**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | BERVH | | 32.000000 | | 608.00 | Z | | ACRT2 | 53.90 | PA100018 | 817.44 | |
| | | BONMG | | | | 1,000.00 | Z | | DEN1 | 47.78 | PASIT | 644.96 | |
| | | GIFTS | | | | 200.00 | Z | | FSAMD | 70.00 | PASUIEE | 15.23 | |
| | | GUSUP | | | | 115.16 | Z | | GIFTS | 200.00 | USFIT | 339.14 | |
| | | HOLOT | | 8.016667 | | 228.48 | Z | | MED1 | 661.03 | USMEDEE | 304.62 | |
| | | MEET | | 7.500000 | | 142.50 | Z | | VIS1 | 10.95 | USSOCEE | 1,302.51 | |
| | | OTPT | | 55.166667* | | 524.09 | Z | | | | | | |
| | | OTST | | 55.166667 | | 1,048.17 | Z | | | | | | |
| | | PTO | | 3.000000 | | 57.00 | Z | | | | | | |
| | | REGH | | 935.766668 | | 17,779.58 | Z | | | | | | |
| | | UPTO | | 5.000000 | | 95.00 | Z | | | | | | |

**Report Totals:** Number of Pays   28   1,046.450002   21,797.98   1,043.66   3,423.90

Total Check Amts   568.98   Total DDAs: 16,761.44   Total Net:   17,330.42

\* Excluded in Total Hours