**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Corinne Sanford,  <br><br>Debtor. | Case No. 24-14270-PMM <br> Chapter 13 <br> SSN: xxx-xx-7909 |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan on the following parties through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

U.S. Bank Trust National Association
c/o Fay Servicing, LLC
P.O. Box 814609
Dallas, TX 75381-4609

Global Lending Services, LLC
1200 Brookfield Blvd, Ste 300
Greenville, SC 29607


Date: February 6, 2025

_/s/ Michael A. Cibik_
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com