UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Corinne Sanford<br>                    Debtor<br><br>Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II<br><br>v.<br><br>Corinne Sanford<br>Kenneth E. West<br>                    Respondents | CASE NO.: 24-14270-pmm<br><br>CHAPTER 13<br><br>Judge:  Patricia M. Mayer<br><br>Hearing Date:  March 19, 2025 at 1:00 pm<br><br>Objection Deadline:  March 14, 2025 |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II (on behalf of itself and together with any successor and/or assign, "Movant") hereby moves this Court for an Order (i) pursuant to 11 U.S.C. § 362 (d)(1); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 1204 West Susquehanna Avenue, Philadelphia, PA 19122 and (ii) for such other and further relief as is just and proper. In support of this Motion, Movant respectfully states:

1.      Movant is the holder of a Note executed by Corinne Sanford dated June 13, 2008, whereby Corinne Sanford promised to repay $65,000.00 plus interest to Pennsylvania Equity Resources, Inc. (the "Original Lender"). To secure the repayment of the Note, Corinne Sanford executed a Mortgage in favor of Mortgage Electronic Registration Systems, Inc. as nominee for

Pennsylvania Equity Resources, Inc., encumbering the Property commonly known as 1204 West Susquehanna Avenue, Philadelphia, PA 19122, which Mortgage was recorded in the Official records of Philadelphia County at Doc. ID 51924203 (hereinafter "Mortgage"). Other than liens with statutory priority, Movant's mortgage is in first lien position. The Mortgage was ultimately assigned to Movant by an Assignment of Mortgage. A copy of the Note, Mortgage and Assignments of Mortgage are attached hereto as **Exhibit A**.

2. The Petition under Chapter 13 of the United States Bankruptcy Code was filed by the Debtor Corinne Sanford on November 27, 2024.

3. This Court has jurisdiction over this case and this motion pursuant to 28 U.S.C. §§ 157 and 1334.

4. Venue of this case and this motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

5. The Debtor has failed to make current mortgage payments due under the terms of the Loan. As a result, the Loan remains post-petition due for December 1, 2024, and each subsequent payment thereafter.

6. Pursuant to 11 U.S.C. § 362(d)(1), the court shall enter an order granting a secured creditor relief from the automatic stay for cause "including the lack of adequate protection of an interest in property of such party and interest."

7. Specifically, courts have found cause for the granting of relief from an automatic stay where the debtor has failed to make post-petition mortgage payments as they become due. In Re Taylor, 151 B.R. 646, 648 (Bankr. E.D.N.Y. 1993).

8. Movant respectfully requests reasonable attorney fees in the amount of $1,350.00 and costs in the amount of $199.00.

9.      In addition, Movant requests an Order allowing Movant to offer and provide Debtors with information regarding a potential Forbearance Agreement, short sale, deed in lieu, loan modification, Refinance Agreement, or other loan workout/loss mitigation agreement, and to enter into such agreement with the Debtors without further order of the court.

**WHEREFORE**, Movant respectfully requests an Order of this Court vacating the automatic stay and for such other, further and additional relief as to this Court may deem just, proper and equitable.

Dated: February 28, 2025
By: /s/ Lauren Moyer
Lauren Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com