UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Corinne Sanford<br>                   Debtor | CASE NO.: 24-14270-pmm<br><br>CHAPTER 13 |
| Fay Servicing, LLC as servicer for U.S.<br>Bank Trust National Association, not in<br>its individual capacity, but solely as<br>Trustee of LSRMF MH Master<br>Participation Trust II | Judge:  Patricia M. Mayer<br><br>Hearing Date:  March 19, 2025 at 1:00 pm |
| v.<br><br>Corinne Sanford<br>Kenneth E. West<br>                   Respondents | Objection Deadline:  March 14, 2025 |

## **CERTIFICATE OF SERVICE**

I, Lauren Moyer, Esq., certify that on February __28__, 2025, I caused to be served a true copy

of the annexed **NOTICE OF MOTION, MOTION FOR RELIEF FROM THE AUTOMATIC**

**STAY, AND SUPPORTING DOCUMENTS**, electronically and by mailing by First Class Mail

in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the

U.S. Postal Service addressed to the last known address of the addressee, and the property address

as indicated on the attached Service List annexed hereto.

Dated: __February 28__, 2025

By: /s/    Lauren Moyer
_____
Lauren Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Fay Servicing, LLC as servicer for
U.S. Bank Trust National Association, not in its
individual capacity, but solely as Trustee of
LSRMF MH Master Participation Trust II
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

## <u>SERVICE LIST</u>

Corinne Sanford
1204 West Susquehanna Avenue
Philadelphia, PA 19122
Bankruptcy Debtor

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Attorney

United States Trustee
Robert N.C. Nix Federal Building, 900 Market Street , Suite 320
Philadelphia, PA 19107
United States Trustee