UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Corinne Sanford<br>                   Debtor<br><br>Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II<br><br>v.<br><br>Corinne Sanford<br>Kenneth E. West<br>                   Respondents | CASE NO.: 24-14270-pmm<br><br>CHAPTER 13<br><br>Judge:  Derek J. Baker |

### CERTIFICATION OF NO OBJECTION

I, Lauren Moyer, Esquire, Counsel Fay Servicing, LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II, hereby certify that no answer has been served or filed to the Motion for Relief from Automatic Stay filed on February 28, 2025, at Docket No. 30. A Default Order may be entered.

Dated: March 17, 2025

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com