United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 24-14270-djb
Corinne Sanford                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                     User: admin                         Page 1 of 3
Date Rcvd: Mar 20, 2025                  Form ID: pdf900                     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corinne Sanford, 1204 W Susquehanna Ave, Philadelphia, PA 19122-1110 |
| 14950420 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14950423 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 21 2025 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 21 2025 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Mar 21 2025 00:09:11 | Fay Servicing, LLC as servicer for U.S. Bank Trust, c/o Friedman Vartolo LLP, 1325 Franklin Ave Suite 160, Garden City, NY 11530-1631 |
| cr | ^ | MEBN | Mar 21 2025 00:09:21 | U.S. Bank Trust National Association, not in its i, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312, UNITED STATES 32312-3858 |
| 14950407 | + | Email/Text: bankruptcy@bsifinancial.com | Mar 21 2025 00:18:00 | BSI Financial Srvs, Attn: Bankruptcy 4200 Regent Blvd. Ste B, Irving, TX 75063-2240 |
| 14950408 | | Email/Text: megan.harper@phila.gov | Mar 21 2025 00:18:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14972979 | | Email/Text: bankruptcy@cbtno.com | Mar 21 2025 00:18:00 | Crescent Bank, P.O. Box 2829, Addison, TX 75001 |
| 14950409 | | Email/Text: bankruptcy@philapark.org | Mar 21 2025 00:18:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14950410 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 21 2025 00:18:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14950411 | | Email/Text: bankruptcy@cbtno.com | Mar 21 2025 00:19:00 | Crescent Bank, Attn: Bankruptcy, PO Box 61813, New Orleans, LA 70161-1813 |
| 14950412 | | Email/Text: ECF@fayservicing.com | Mar 21 2025 00:18:00 | Fay Servicing Llc, Attn: Bankruptcy Dept 1601 Lyndon B John, Farmers Branch, TX 75234 |
| 14950413 | | Email/Text: bankruptcy@glsllc.com | Mar 21 2025 00:18:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, SC 29607-6583 |
| 14975738 | | Email/Text: bankruptcy@glsllc.com | Mar 21 2025 00:18:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |

Case 24-14270-djb    Doc 40    Filed 03/22/25    Entered 03/23/25 00:36:35    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: pdf900 | Total Noticed: 28 |

| | | | |
|---|---|---|---|
| 14950414 | Email/Text: Bankruptcy@ICSystem.com | Mar 21 2025 00:18:00 | IC Systems, Inc, Attn: Bankruptcy, PO Box 64378, St. Paul, MN 55164-0378 |
| 14950415 | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 21 2025 00:18:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14959901 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 21 2025 00:22:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14950416 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 21 2025 00:18:00 | Mr. Cooper, Attn: Bankruptcy, P.O. Box 818060, Cleveland, OH 44181-8060 |
| 14950417 | Email/Text: fesbank@attorneygeneral.gov | Mar 21 2025 00:18:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14950418 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 21 2025 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14950419 | ^ MEBN | Mar 21 2025 00:09:23 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14950421 | Email/Text: bankruptcy@philapark.org | Mar 21 2025 00:18:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14950422 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 21 2025 00:18:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14975022 | ^ MEBN | Mar 21 2025 00:09:04 | U.S. Bank Trust National Association, c/o Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 14959295 | ^ MEBN | Mar 21 2025 00:09:21 | U.S. Bank Trust National Association, c/o Joshua I. Goldman, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14973250 | Email/Text: EDBKNotices@ecmc.org | Mar 21 2025 00:18:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |

TOTAL: 25

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Mar 22, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed**

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Mar 20, 2025 Form ID: pdf900 Total Noticed: 28

below:

| Name | Email Address |
|---|---|
| JOSHUA I. GOLDMAN | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust II bkecf@friedmanvartolo.com |
| MICHAEL A. CIBIK | on behalf of Debtor Corinne Sanford help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
CORINNE SANFORD | 
 | Bankruptcy No. 24-14270
Debtor | 

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: March 20, 2025**

_____
Honorable Derek J. Baker
Bankruptcy Judge